STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ALBERT PURDY, DEFENDANT-PETITIONER.

*Mr. Ernest S. Glickman* for the petitioner.

*Mr. Vincent Panaro* and *Mr. Edward J. Phelan* for the respondent.

April 18, 1967. Granted.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
MAX SCHMITTER, DEFENDANT-RESPONDENT.

*Mr. Guy W. Calissi* and *Mr. Harold N. Springstead* for the petitioner.

*Messrs. Lebson & Prigoff* and *Mr. Robert Y. Gray* for the respondent.

April 18, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
MILDRED THOMPSON, DEFENDANT-RESPONDENT.

*Mr. Vincent P. Keuper* and *Mr. Thomas L. Yaccarino* for the petitioner.

*Messrs. Saling, Boglioli & Moore* and *Mr. Clifton Thomas Barkalow* for the respondent.

April 18, 1967. Denied.